IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DWAYNE COMBS                :
                            :
    v.                      :     CIVIL ACTION NO. 08-1862
                            :
RAYMOND LAWLER, et al.      :

**ORDER**

R. BARCLAY SURRICK, J.

      AND NOW, this ___6th___ day of ___January___ 2009, upon careful and independent consideration of the petition for writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey to which no objections were filed, it is ORDERED as follows:

    1.    The Report and Recommendation is APPROVED and ADOPTED.

    2.    The petition for a writ of habeas corpus is DENIED.

    3.    There is _no_ basis for the issuance of a certificate of appealability.

                                    BY THE COURT:

                                    _____
                                    R. Barclay Surrick, Judge